UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

      USA

      -v-                                     08MJ0708

      BARU URRUTIA                 ORDER

------------------------------------------------------------X

   The Court, on June 11, 2008 an application for relief of counsel heard, and thereafter having granted the application, relieves appointed counsel Susanne Brody, Esq. of the Federal Defenders Office and Appoints ~~Clinton W. Calhoun~~ of CJA Panel.

                                  VINCE BRICCETTI

Dated: June 11, 2008
      White Plains, New York

                                      SO ORDERED:

                                      Mark D. Fox, U.S.M.J.

                                      MARK D. FOX
                                      United States Magistrate Judge
                                      Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____