ORIGINAL

```
- - - - - - - - - - - - - - - - - - - -x
                                        :
UNITED STATES OF AMERICA                :      INFORMATION
                                        :
        - v. -                          :
                                        :      08 Cr. __
BARU URRUTIA,                           :
    a/k/a "Baru Urrutia Hernandez,"     :
a/k/a "Alejandro Adilson                :
Quebedo-Hernandez," a/k/a "Alex         :
Quebedo," a/k/a "Alejandro Adilson      :
Quevedo," a/k/a "Alejandro Adilson,"    :
a/k/a "Alejandro Quebedo-Hernandez,"    :
a/k/a "Baru Hernandez,"                 :
                                        :
                                        :
                                        :
                                        :
                                        :
        Defendant.                      :
                                        :
- - - - - - - - - - - - - - - - - - - -x
```

COUNT ONE

The United States Attorney Charges:

On or about September 13, 2007, in the Southern District of New York and elsewhere, BARU URRUTIA, a/k/a "Baru Urrutia Hernandez," a/k/a "Alejandro Adilson Quebedo-Hernandez," a/k/a "Alex Quebedo," a/k/a "Alejandro Adilson Quevedo," a/k/a "Alejandro Adilson," a/k/a "Alejandro Quebedo-Hernandez," a/k/a "Baru Hernandez," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, and without having obtained the

express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission, to wit, having been deported and removed from the United States on or about April 14, 1992 subsequent to a conviction on or about February 20, 1992, in Los Angeles County, California, for the crime of Sale or Transportation of a Controlled Substance, Cocaine, in violation of California Health and Safety Code § 11352(A).

(Title 8, United States Code, Sections 1326(a) and (b)(2))

*[signature: Michael J. Garcia]*

MICHAEL J. GARCIA
United States Attorney