# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| v. : | 08 Cr. |
| BARU URRUTIA, : | |
| a/k/a "Baru Urrutia Hernandez," | |
| a/k/a "Alejandro Adilson Quebedo-Hernandez," : | 08 CRIM. 0677 |
| a/k/a "Alex Quebedo," | |
| a/k/a "Alejandro Adilson Quevedo," : | |
| a/k/a " Alejandro Adilson," | |
| a/k/a "Alejandro Quebedo-Hernandez," : | |
| a/k/a "Baru Hernandez," | |
| Defendant. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**BARU URRUTIA,** a/k/a "Baru Urrutia Hernandez," a/k/a "Alejandro Adilson Quebedo-Hernandez,"a/k/a "Alex Quebedo,"a/k/a "Alejandro Adilson Quevedo," a/k/a " Alejandro Adilson,"a/k/a "Alejandro Quebedo-Hernandez," a/k/a "Baru Hernandez,", the above-named defendant, who is accused of violating Title 8, United States Code, Section 1326(a & (b)(2), and having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for Defendant

Date: White Plains, New York
      July 23, 2008